```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
MATTHEW MCDERMOTT,

                Plaintiff,                ORDER

          - against -                     22 Civ. 2998 (NRB)

HARD BEAT COMMUNICATIONS, INC.,

                Defendant.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS on June 1, 2022 a certificate of default was entered by the Clerk of the Court;

    WHEREAS on further examination, the certificate of fault was entered in error;

    WHEREAS on October 11, 2022, the Court wrote to the plaintiff explaining the reasons that service had not been adequately made;

    WHEREAS the Court has received no response to its correspondence;

    WHEREAS more than 90 days have passed from the filing of the complaint without adequate service or a request for an extension; it is hereby

    **ORDERED** that the case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    **SO ORDERED.**

Dated:   New York, New York
         November 29, 2022

                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE